1 | J. Paul Sizemore
2 | **Sizemore Taylor, LLP**
  | 2101 Rosecrans Ave., Suite 5290
  | El Segundo, CA 90245
3 | Telephone: (310) 322-8800
  | Fax: (310) 322-8811
4 |
  | Attorneys for Plaintiffs
5 |
6 |
7 |
8 |
9 | UNITED STATES DISTRICT COURT
10 | NORTHERN DISTRICT OF CALIFORNIA
11 | SAN FRANCISCO DIVISION
12 |

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | **MDL NO. 1699**<br>**District Judge: Charles R. Breyer** |
| This Document Relates To:<br><br>*Nancy Jones v. Pfizer Inc*<br>(05-4579 CRB)<br><br>*Vicky Garlett v. Pfizer Inc, Merck & Co., Inc.*<br>(05-4920 CRB)<br><br>*Richard Weber and Hattie Weber v. Merck & Co., Inc. and Pfizer Inc*<br>(05-4921 CRB)<br><br>*Larry Vilmer and Nancy Vilmer v. Merck & Co., Inc., Pfizer Inc*<br>(05-4926 CRB)<br><br>*Rolland Schach and Francis Schach v. Merck & Co., Inc. and Pfizer Inc*<br>(05-4927 CRB)<br><br>*Richard Rupniewski and Sharon Rupniewski v. Merck & Co., Inc. and Pfizer Inc*<br>(05-4928 CRB)<br><br>*Barbara Goddard and John Goddard v. Pfizer Inc*<br>(05-5376 CRB) | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

-1-

1
2  *Maisie Cavanah and Richard Cavanah v. Pfizer Inc*
    (05-5377 CRB)
3
4  *John Ryan and Anna Ryan v. Pfizer Inc*
    (05-5378 CRB)
5  *Phillip Kanngiesser and Karen Kanngiesser v. Pfizer Inc*
6  (05-5379 CRB)
7  *Mary McKinney v. Pfizer Inc*
    (05-5380 CRB)
8
9  *William Banning and Kimberly Banning v. Pfizer Inc*
    (05-5381 CRB)
10
11 *Garland Schnack and Eileen Schnack v. Pfizer Inc*
    (06-0431 CRB)
12
13 *Octavia Gahagans, et al. v. Merck & Co., Inc. and Pfizer Inc*
    (06-0440 CRB)
14
15 *Helene Hancock, et al. v. Merck & Co., Inc. and Pfizer Inc*
    (06-0444 CRB)
16
17 *Sharon Walker v. Pfizer Inc*
    (06-0449 CRB)
18 *Larry Redman v. Merck & Co., Inc. and Pfizer Inc*
19 (06-0463 CRB)
20 *Robert Madere and Kathy Madere v. Pfizer Inc and Merck & Co., Inc.*
21 (06-3670 CRB)
22 *Marsha S. Taylor, et al. v. Pfizer Inc*
    (06-3813 CRB)
23
24 *Linda Rinche and Paul Rinche v. Pfizer Inc*
    (06-4832 CRB)
25 *Jerry D. Crane and Connie M. Crane v. Pfizer Inc*
26 (06-6778 CRB)
27 *Matthew Champagne, et al. v. Pfizer Inc*
    (06-7405 CRB)
28

-2-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

1 | *Annetta Papa v. Pfizer Inc*
  | (06-7894 CRB)
2 |
3 | *Ferrell Heeter and Judy Heeter v. Pfizer Inc*
  | (06-7895 CRB)
4 | *Ronald D. Sanburg, et al. v. Pfizer Inc*
  | (06-7896 CRB)
5 |
6 | *Dale D. Anderson v. Pfizer Inc and Merck & Co., Inc.*
  | (07-0358 CRB)
7 |
8 | *Elizabeth Streich, et al. v. Pfizer Inc*
  | (07-0468 CRB)
9 | *Owen Stevens and Geneva Stevens, his wife v. Pfizer Inc*
10| (07-1862 CRB)
11| *Dennis Sosebee and Louise Sosebee, his wife v. Pfizer Inc*
12| (07-1865 CRB)
13| *Render Godfrey and Beverly Godfrey, his wife v. Pfizer Inc*
14| (07-1867 CRB)

Come now Plaintiffs in the above-entitled actions and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of these actions **with prejudice as to all parties**, with each side bearing its own attorneys' fees and costs.

DATED: Jan 20 2010      By: [signature]

**SIZEMORE TAYLOR, LLP**
2101 Rosecrans Ave., Suite 5290
El Segundo, CA 90245
Telephone: (310) 322-8800
Fax: (310) 322-8811

*Attorneys for Plaintiffs*

-3-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

DATED: 1/28, 2010    By: /s/

**DLA PIPER LLP (US)**
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 335-4500
Facsimile: (212) 335-4501

*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: Feb. 2, 2011

Hon. Charles R. Breyer
United States District Court

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**